# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | |
| WILLIAM THOMAS CAMPBELL | : | NO. 12-161 |
| | : | |

# ORDER

**AND NOW**, this _24th____ day of April, 2017, upon consideration of Petitioner's *pro se* Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10(a)(1) & (c) (Doc. 22) and the Government's Response thereto (Doc. 29), **IT IS HEREBY ORDERED AND DECREED** that Petitioner's Motion is **DENIED** for the reasons set forth in the Government's Response (Doc. 29).

                                                               **BY THE COURT:**

                                                                /s/ Petrese B. Tucker
                                                                _____
                                                                **Hon. Petrese B. Tucker, C.J.**